IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTHONY RILEY,

   Petitioner,

    v.

Thomas Ammons,

   Respondent.

CIVIL ACTION FILE
NO. 1:09-CV-2383-TWT

### ORDER

This is a pro se Petition for Writ of Habeas Corpus. It is before the Court on the Magistrate Judge's Report and Recommendation [Doc. 3] recommending denying the petition as a second or successive habeas petition which was filed without obtaining permission of the Eleventh Circuit Court of Appeals. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is dismissed.

SO ORDERED, this 18 day of November, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\Riley\petition.wpd